**No. 47935.**—Protest 971940-G of Tai Wo Tong (Los Angeles).

Opinion by CLINE, J. In accordance with stipulation of counsel and on the authority of *Oy Wo Tong Co.* v. *United States* (5 Cust. Ct. 70, C. D. 372) certain of the merchandise in question was held entitled to free entry under paragraph 1669 as claimed and other merchandise was held dutiable at 10 percent ad valorem under paragraph 34 as drugs advanced in value or condition. Protest sustained to this extent.

**No. 47936.**—Protest 997134-G of R. U. Delapenha & Co., Inc. (New York).

Opinion by CLINE, J. In view of Abstract 45762 and stipulation of counsel that the ginger is not composed in chief value of manufactured sugar, the court held that the tax is not applicable thereto, as claimed in the amended protest.

**No. 47937.**—Protest 846399-G of Tupman Thurlow Co. (New York).

Opinion by CLINE, J. When the case was called for trial counsel for the plaintiff introduced in evidence without objection on the part of the Government the report of the collector of customs and the customs inspector with respect to the marking of the merchandise. The report of the inspector shows that the cases were marked "Sud. Africa." No report of the collector was found in the papers. It was found that the evidence introduced had no bearing on the claims made in the protest, which was accordingly overruled.

**No. 47938.**—Protest 87834–K of Rohner, Gehrig & Co., Inc. (New York).

Opinion by CLINE, J. There was no appearance on the part of the plaintiff when the case was called for trial. The protest was therefore ordered submitted. Nothing having been found in the record to overcome the presumption of correctness attaching to the collector's classification, the protest was overruled.

**No. 47939.**—Protests 946219–G, etc., of Boston Brokerage Co. et al. (Boston).

Opinion by EKWALL, J. In accordance with stipulation of counsel and following Abstract 47184 the claim at 5 cents per pound under paragraph 48 was sustained as to certain of the merchandise.